UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Provident Life & Accident**
**Insurance Company,**

        **Plaintiff,**

**-V-**
        Case No. C-2-98-699
        **JUDGE SMITH**
        **Magistrate Judge Kemp**

**Glada H. McCoy,** *et al.***,**

        **Defendant.**

### CONDITIONAL DISMISSAL

This case was reported settled by the parties on October 5, 2006. While the parties have reported to the Court that they are working on finalizing the settlement agreement to writing, no agreement or dismissal have been filed to date. Therefore, the Court **CONDITIONALLY DISMISSES** this case, subject to a motion to reopen filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

        **IT IS SO ORDERED.**

        **/s/ George C. Smith**
        **GEORGE C. SMITH, JUDGE**
        **UNITED STATES DISTRICT COURT**